UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 15-CV-7963 GHK (SK) | Date | July 13, 2016 |
|---|---|---|---|
| Title | Sonnie E. Davis III v. M. Reynoso, et al. | | |

Present: The Honorable   Steve Kim

| Marc Krause | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| None present | None present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

On May 27, 2016, Defendants filed a notice of motion and motion to dismiss Plaintiff's complaint. (Dkt. 22). Plaintiff filed an unsigned opposition to the motion to dismiss on June 24, 2016, along with incomplete proof of service. (Dkt 26). Citing these deficiencies, this Court issued a Notice of Document Discrepancy rejecting Plaintiff's opposition and proof of service on June 24, 2016. (Dkt. 27). As of the date of this order, Plaintiff has not filed a signed opposition with completed proof of service. "The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." L.R. 7-12.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE on or before **July 27, 2016** why Defendant's motion should not be granted and this action dismissed. Plaintiff may discharge this order by filing a signed opposition to the motion to dismiss, pursuant to Federal Rule of Civil Procedure 11(a) and Local Rule 11-1, along with completed proof of service stating the date on which a true and correct copy of the document was mailed to each Defendant or Defendant's counsel. If Plaintiff files an opposition on or before July 27, 2016, Defendant may file an optional reply on or before August 3, 2016, at which time the matter will be taken under submission.

**Plaintiff is advised that the failure to file a timely response to this order will result in a recommendation that this action be dismissed for failure to comply with a court order and failure to prosecute.** Fed. R. Civ. P. 41(b); L.R. 41-1. If Plaintiff no longer wishes to pursue this action, Plaintiff may voluntarily dismiss the action pursuant to Federal Rule of Civil Procedure 41(a) by filing a "Notice of Dismissal," attached. The Clerk is directed to provide Plaintiff with a Notice of Dismissal Form (CV-009).