JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNIE E. DAVIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFFEY BEARD et al.,<br><br>　　　　　Defendant. | CASE NO. 2:15-cv-07963-CJC (SK)<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the Complaint is dismissed without leave to amend, and the action is dismissed with prejudice.

DATED: June 22, 2017

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE